DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 "I" Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
JIMMY LEE BILLS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LEE BILLS,<br><br>        Petitioner,<br><br>    v.<br><br>KEN CLARK, et al.,<br><br>        Respondents. | No. CIV S-06-2223 MCE GGH P<br><br>ORDER |

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that MARYLOU HILLBERG, shall be substituted in as counsel for Petitioner in place of the Office of the Federal Defender for the Eastern District of California.

Dated: 1/18/07          /s/ Gregory G. Hollows
                        ─────────────────────────────
                        GREGORY G. HOLLOWS
                        United States Magistrate Judge

bill2223.po3