UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LEE BILLS,<br><br>    Petitioner,<br><br>  vs.<br><br>KEN CLARK, WARDEN,<br><br>    Respondents | Case No. CIV S 06-2223 MCE GGH P<br><br>ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE JOINT SCHEDULING STATEMENT<br><br>[LOCAL RULE 6-142, SUB.(C)] |

Pursuant to this Ex Parte Motion for an Extension of Time to File a Joint Scheduling Statement by petitioner in the above named case, and for the good cause shown herein, IT IS HEREBY ORDERED that petitioner's joint scheduling statement will be due on February 16, 2007.

Dated: 1/22/07                    /s/ Gregory G. Hollows
                                  _____
                                  GREGORY G. HOLLOWS
                                  United States Magistrate Judge

bill2223.po2