UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LEE BILLS,<br><br>　　　Petitioner,<br><br>　　vs.<br><br>　KEN CLARK, WARDEN,<br><br>　　　Respondents | No. CIV S 06-2223 MCE GGH  P<br><br>ORDER GRANTING REQUEST FOR<br><br>EXTENSION OF TIME TO FILE<br><br>OPPOSTION TO MOTION TO DISMISS<br><br>[LOCAL RULE 6-142, SUB.(C)] |

　　　Pursuant to this Ex Parte Motion for an Extension of Time to File a Opposition to the motion to Dismiss by petitioner in the above named case, and for the good cause shown herein, IT IS HEREBY ORDERED that petitioner's opposition to the motion to dismiss will be due on December 3, 2007.

Dated:8/22/07

　　　　　　　　　　　　　　　　　/s/ Gregory G. Hollows
　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　GREGORY G. HOLLOWS
　　　　　　　　　　　　　　　　　United States Magistrate Judge

bill2223.eot