UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA


JIMMY LEE BILLS,

     Petitioner,

     vs.

  KEN CLARK, WARDEN,

     Respondents

No. CIV S 06-2223 MCE GGH   P

ORDER GRANTING THIRD REQUEST

FOR EXTENSION OF TIME TO FILE

OPPOSTION TO MOTION TO DISMISS

[LOCAL RULE 6-142, SUB.(C)]


Pursuant to this Ex Parte Motion for an Extension of Time to File a Opposition to the motion to Dismiss by petitioner in the above named case, and for the good cause shown herein, IT IS HEREBY ORDERED that petitioner's opposition to the motion to dismiss will be due on January 2, 2008.


Dated:12/5/07         /s/ Gregory G. Hollows
                         United States Magistrate Judge

bill2223.po4