IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JIMMY LEE BILLS,** | CIV-S-06-2223 MCE GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **KEN CLARK, et al.,** | |
| Respondents. | |

Respondents have requested a thirty (30) day extension of time in which to file Respondents' reply to Petitioner's opposition to motion to dismiss and request for an evidentiary hearing.  GOOD CAUSE APPEARING, Respondents are granted an extension of time to and including March 2, 2008, in which to file a response to Petitioner's opposition and request for an evidentiary hearing.

Dated: 02/13/08            /s/ Gregory G. Hollows
                           U.S. Magistrate Judge

bill2223.po6