IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JIMMY LEE BILLS,** | CIV-S-06-2223 MCE GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **KEN CLARK et al.,** | |
| Respondents. | |

Good cause appearing, it is hereby ordered that Respondents' reply to Petitioner's Opposition to Motion to Dismiss be filed on or before April 1, 2008.

Dated: 02/29/08              /s/ Gregory G. Hollows
                             UNITED STATES MAGISTRATE JUDGE

bill2223.po7

[Proposed] Order

1