1  MARYLOU HILLBERG
   State Bar No. 88645
2  P.O. Box 1879
   Sebastopol, CA  95473
3  Telephone (707) 575-0393
   Fax  (707) 829-1197
4  E-mail  hillberg@sonic.net

5  ATTORNEY FOR PETITIONER,
   JIMMY LEE BILLS
6

7              UNITED STATES DISTRICT COURT

8          FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11  JIMMY LEE BILLS,               ) Case No. CIV S 06-2223 MCE GGH  P
                                   )
12      Petitioner,                ) PETITIONER'S NOTICE & MOTION FOR
                                   )
13      vs.                        ) A WRIT OF HABEAS CORPUS AD
                                   )
14                                 ) TESTIFICANDUM
                                   )
15   KEN CLARK, WARDEN,            ) ORDER AND WRIT OF HABEAS
                                   )
16      Respondents                ) CORPUS AD TESTIFICANDUM FOR
                                   )
17                                 ) HEARING ON
                                   )
18  _____ JUL. 15, 2008; 9:00 A.M.  DEPT. 26

19       TO:  EDMOND G. BROWN, JR.  Attorney General for the State of California,

20  and to ROBERT GEZI, Deputy Attorney General

21       PLEASE TAKE NOTICE that petitioner, JIMMY LEE BILLS, through his

22  appointed counsel, Marylou Hillberg, in accordance with this court's order on JULY 15.

23  2008, hereby respectfully asks that this court issue a writ of habeas corpus ad

24  testificadum requiring that Michael Martel, Warden or other sheriff or jailor of the Mule

25  Creek State Prison in Ione, California, to produce the body of Jimmy Lee Bills, inmate

26  number H-50665, date of birth, 10/07/1969, in his or her custody in the above

27  mentioned institution before the United States District Court, Federal Building, United

1   States Courthouse, 501 I Street, Department 26, Sacramento, California on July 15,

2   2008 at 9:00 and from day to day until completion of the hearing in order that Mr.

3   Gonzalez may then and there testify and assist counsel in her representation of him at

4   this hearing and at the termination of said hearing to  return him forthwith to the above

5   mentioned institution.

6           Petitioner Jimmy Lee Bills, H-50665 further asks this Court to order that the

7   above-named custodian notify the court of any change in custody of Mr. Bills and he be

8   ordered to provide any new custodian with a copy of this writ.

9    Dated: May 29, 2008                    Respectfully submitted,
                                            /s/Marylou Hillberg
10                                          Marylou Hillberg,
                                            Attorney for Petitioner
11                                          JIMMY LEE BILLS

12

13  **ORDER GRANTING WRIT OF HABEAS CORPUS AD TESTIFICANDUM ORDERING
    THE PRODUCTION OF THE BODY OF** JIMMY LEE BILLS, INMATE NUMBER H-
14                  50665, DATE OF BIRTH, 10/07/1969
            FOR EVIDENTIARY HEARING ON JULY 15, 2008 AT 9:00 AM
15                BEFORE DEPARTMENT 26 OF THIS COURT.
       IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Michael Martel,
16
17  Warden or other sheriff or jailor of the Mule Creek State Prison in Ione, California, to

    produce the body of Jimmy Lee Bills, inmate number H-50665, date of birth,
18
    10/07/1969, in his or her custody in the above mentioned institution before the United
19
20  States District Court, Federal Building, United States Courthouse, 501 I Street,

21  Department 26, Sacramento, California on July 15, 2008 at 9:00 and from day to day

22  until completion of the hearing in order that Mr. Gonzalez and at the termination of said

    hearing to  return him forthwith to the above mentioned institution.
23  Dated:  06/03/08

24
                                    /s/ Gregory G. Hollows
25                                  United States Magistrate Judge

26  Bill2223.wrt

27