1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JIMMY LEE BILLS,

11            Petitioner,                         No. CIV S-06-2223 MCE GGH P

12        vs.

13   KEN CLARK, et al.,

14            Respondent.                         ORDER

15   _____/

16            Petitioner, a state prisoner represented by appointed counsel, has filed a petition

17   for writ of habeas corpus which, following an evidentiary hearing regarding the question of

18   equitable tolling as well as supplemental briefing, this court dismissed as untimely on October 8,

19   2008; petitioner appealed.  In a mandate filed in district court on May 4, 2011, the Ninth Circuit

20   remanded this case for reconsideration in light of a newly articulated appropriate standard to

21   determine petitioner's eligibility for equitable tolling due to mental impairment.  By order, filed

22   on May 5, 2011, the undersigned directed counsel for the parties to file simultaneous briefs

23   addressing how the clarified standard should be applied to the facts of this case, arguing the

24   question of petitioner's diligence in seeking assistance, including whether any such assistance

25   was available.  The parties were also directed to state their positions with regard to the taking of

26   additional evidence on the issues above.

1

1    Having reviewed the responses, the court has determined, reluctantly in light of

2  the additional burden on limited judicial resources, that a further evidentiary hearing should be

3  held, but only for the purpose of hearing the testimony of Troy Rhodes, the inmate who had

4  submitted a declaration stating that he had provided assistance to petitioner in preparing

5  petitioner's state and federal habeas petitions.  The purpose of the hearing will be to assist in

6  determining, to the extent possible, the degree of diligence petitioner demonstrated "in pursuing

7  the claims to the extent he could understand them," and whether his "mental impairment made it

8  impossible to meet the filing deadline under the totality of the circumstances, including

9  reasonably available access to assistance."   Bills v. Clark, 628 F.3d 1092, 1100 (9th Cir. 2010).

10    The parties are directed to contact the undersigned's courtroom deputy, Valerie

11  Callen, (916) 930-4199, within seven days, to set a mutually acceptable date on the court's

12  calendar within 45 days from the date of this order for this limited evidentiary hearing.  Of

13  course, Inmate Rhodes may be called by either party.

14    1.  No other witness will be permitted to testify unless:

15      a.  The party offering the witness demonstrates that the witness is for the

16      purpose of rebutting evidence which could not be reasonably anticipated

17      prior to the evidentiary hearing.

18      b.  The witness was discovered after the exchange of witnesses and the

19      proffering party makes the showing required in "2," below.

20    2.  If not timely designated within the fourteen-day period prior to the evidentiary

21      hearing, the parties shall promptly inform the court and opposing parties of the

22      existence of the unlisted witnesses so that the court may consider at the

23      evidentiary hearing whether the witnesses shall be permitted to testify.  The

24      witnesses will not be permitted unless:

25      a.  The witnesses could not reasonably have been discovered prior to the

26      exchange of witness lists;

2

1    b.  The court and the opposing party were promptly notified upon

2    discovery of the witnesses;

3    c.  If time permitted, the party proffered the witnesses for deposition; or

4    d.  If time did not permit, a reasonable summary of the witnesses'

5    testimony was provided to the opposing party.

6        3.  Both parties shall exchange copies of their exhibits twenty-one days prior to

7    the evidentiary hearing.  Any objections to exhibits may be raised at the hearing.

8        Movant will use numbers to mark exhibits; respondents will use letters.

9    a.  No other exhibits will be permitted to be introduced unless:

10    i.)  The party proffering the exhibit demonstrates that the exhibit is

11    for the purpose of rebutting evidence which could not have been

12    reasonably anticipated, or

13    ii.)  The exhibit was discovered after the exchange of exhibits and

14    the proffering party makes the showing required in Paragraph "2 " below.

15    b.  If not timely exchanged within the twenty-one day period prior to the

16    evidentiary hearing, the parties shall promptly inform the court and opposing party

17    of the existence of such exhibits so that the court may consider their admissibility

18    at the evidentiary hearing.  The exhibits will not be received unless the proffering

19    party demonstrates:

20    i.)  The exhibits could not reasonably have been discovered earlier;

21    ii.)  The court and the opposing party were promptly informed of

22    their existence; or

23    iii.)  The proffering party forwarded a copy of the exhibit(s) (if

24    physically possible) to the opposing party.  If the exhibit(s) may not be

25    copied the proffering party must show that he has made the exhibit(s)

26    reasonably available for inspection by the opposing party.

1    The parties are directed to each bring an "exhibit book" containing copies of their

2   exhibits to the evidentiary hearing.  The "exhibit book" is for bench use during trial.

3    4.  Petitioner's counsel shall make the appropriate writ ad testificandum filings for

4   petitioner and for Inmate Troy Rhodes.  Petitioner shall file these writs at least thirty days prior to

5   the hearing.  Should there be, for example, a non-incarcerated rebuttal witness, respondent must

6   make its own arrangements for the attendance of any such witness.

7    IT IS SO ORDERED.

8   DATED: September 19, 2011

9    Gregory G. Hollows
     UNITED STATES MAGISTRATE JUDGE

10  GH:009
    bill2223.ord

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26