MARYLOU HILLBERG
State Bar No. 88645
P.O. Box 1879
Sebastopol, CA  95473
Telephone (707) 575-0393
Fax  (707) 829-1197
E-mail  hillberg@sonic.net

ATTORNEY FOR PETITIONER,
JIMMY LEE BILLS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LEE BILLS,<br><br>    Petitioner,<br><br>    vs.<br><br>KEN CLARK, WARDEN,<br><br>    Respondents | Case No. CIV S 06-2223 MCE GGH  P<br><br>ORDER GRANTING WRIT OF HABEAS<br><br>CORPUS AD TESTIFICANDUM ORDERING<br><br>THE PRODUCTION OF THE BODY OF<br><br>**Troy Anthony Rhodes P-86788**<br><br>FOR EVIDENTIARY HEARING ON<br><br>**Date: November 7, 2011**<br>Time:  9:30 a.m.<br>Courtroom:  7<br>Judge:  Gregory G. Hollows |

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT Kathleen Allison, Warden or other sheriff or jailor of the California State Substance Abuse and Treatment Facility and Prison in Corcoran, California, to produce the body of **Troy Anthony Rhodes P-86788**, in his or her custody in the above mentioned institution before the United States District Court, Federal Building, United States Courthouse, 501 I Street, Department 26, Sacramento, California on **November 7, 2011** and from day to day until completion of the hearing in order that Mr. Rhodes may testify and at the termination of said hearing to  return him forthwith to the above mentioned institution.

1. Dated: October 11, 2011
2. /s/ Gregory G. Hollows
3. Magistrate Judge Gregory H. Hollows
4. Bill2223.wrt2