UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LEE BILLS, | Case No. CIV S 06-2223 MCE GGH  P |
|     Petitioner, | ORDER GRANTING WRIT OF HABEAS |
|     vs. | CORPUS AD TESTIFICANDUM ORDERII |
| | THE PRODUCTION OF THE BODY OF |
|   KEN CLARK, WARDEN, | **Jimmy Lee Bills, H-50665** |
|     Respondents | FOR EVIDENTIARY HEARING ON |
| | **Date: November 7, 2011** |
| | Time:  9:30 a.m. |
| | Courtroom:  7 |
| | Judge:  Gregory G. Hollows |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT William Knipp, Warden or other sheriff or jailor of the Mule Creek State Prison in Ione, California, to produce the body of **Jimmy Lee Bills, inmate number H-50665**, date of birth, 10/07/1969, in his or her custody in the above mentioned institution before the United States District Court, Federal Building, United States Courthouse, 501 I Street, Department 26, Sacramento, California on **November 7, 2011** and from day to day until completion of the hearing in order that Mr. Bills may testify, or assist counsel at the hearing, and at the termination of said hearing to  return him forthwith to the above mentioned institution.

Dated:  October 11, 2011

/s/  Gregory G. Hollows

Magistrate Judge Gregory H. Hollows


Bill2223.wrt1

4