IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JIMMY LEE BILLS,** | Case No. CIV-S-06-2223 MCE GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **KEN CLARK, et al.,** | |
| Respondents. | |

Good cause appearing, it is hereby ordered that the November 7, 2011, Evidentiary Hearing is continued to December 7, 2011, at 9:30 a.m.

Dated:  November 7, 2011          /s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

Bill2223.ord2

1

[Proposed] Order (CIV-S-06-2223 MCE GGH P)