IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMY LEE BILLS,

    Petitioner,               No. CIV S-06-2223 MCE GGH P

   vs.

KEN CLARK, et al.,

    Respondent.             <u>ORDER</u>

_____/

        Counsel for petitioner has filed a motion for a status conference on November 10, 2011, and a motion to vacate and reset the evidentiary hearing, currently set for December 7, 2011. Both motions will be granted. However, the status conference will be conducted telephonically and petitioner's counsel will be responsible for connecting with respondent's counsel before calling in for the status conference.

        Accordingly, IT IS ORDERED that:

        1. Petitioner's motion for a status conference, filed on November 10, 2011 (docket # 73), to clarify the issues to be addressed at an evidentiary hearing in this matter is granted;

        2. A telephonic status conference is set in this matter for Monday, November 21, 2011, at 9:00 a.m.;

1

3. Petitioner's counsel must coordinate with respondent's counsel and both counsel are to be on the line when petitioner calls the court at (916) 930-4195 at the appointed time for the status conference;

4. Petitioner's motion, filed on November 14, 2011 (docket # 74), to vacate the evidentiary hearing, currently set for December 7, 2011, is granted;

5. The evidentiary hearing, set for December 7, 2011, is VACATED from the court's calendar;

6. The writs issued on October 12, 2011 (docket # 65 and docket # 66) are also hereby VACATED;

7. The evidentiary hearing is to be re-set during or following the November 21, 2011, telephonic status conference;

8. A copy of this order is to be served by the Clerk of the Court upon Kathleen Allison, Warden of the California Substance Abuse Treatment Facility in Corcoran, and upon William Knipp, Warden of the Mule Creek State Prison in Ione; and

9. The Clerk of the Court is also directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671.

DATED: November 14, 2011

   /s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

GGH:009
bill2223.stc