IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JIMMY LEE BILLS,

    Petitioner,               No. CIV S-06-2223 MCE GGH P

    vs.

KEN CLARK, et al.,

    Respondents.             ORDER

                                                /

        Petitioner, proceeding with counsel, has filed a motion to vacate and reset the second evidentiary hearing in this matter, now scheduled for February 6, 2012, to some time between April 1st and April 15, 2012.  While petitioner therein indicates that respondent objects to this request, the court would like to have respondent's position with respect to this request articulated in a response.

        Accordingly, IT IS ORDERED that respondent file a response to petitioner's request to reset the evidentiary hearing, filed on January 12, 2012, at docket # 81, within **three (3)** days.

DATED: January 17, 2012

                                    /s/ Gregory G. Hollows
                              UNITED STATES MAGISTRATE JUDGE

GGH:009
bill2223.ord4