UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

JIMMY LEE BILLS,

        Plaintiff,        No. CIV S-06-2223 MCE GGH P

vs.

KEN CLARK, et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

      Troy Anthony Rhodes, inmate # P-86788, a necessary and material witness in proceedings in this case on April 18, 2012, is confined in California Substance Abuse and Treatment Facility and State Prison, 900 Quebec Avenue, P.O. Box 7100, Corcoran, California, 93212, in the custody of the Director; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate in Court, 13th Floor, Courtroom 9, United States Courthouse, 501 I Street, Sacramento, California on April 18, 2012, at 9:00 a.m.[1]

      ACCORDINGLY, IT IS ORDERED that:

      1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify in United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and thereafter to return the inmate to the above institution;

      2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ; and

      3.  The Clerk of the Court is directed to serve a courtesy copy of this order and writ of habeas corpus ad testificandum on the Out-To-Court Desk, California State Prison - Sacramento, P.O. Box 290007, Represa, California  95671.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: The Director, California Substance Abuse and Treatment Facility and State Prison, 900 Quebec Avenue, P.O. Box 7100, Corcoran, California, 93212:**

      **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above, and from day to day until completion of the proceedings or as ordered by the court; and thereafter to return the inmate to the above institution.

      **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: March 19, 2012

                                              /s/ Gregory G. Hollows
                                         UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
bill2223.841

---

[1] In-person attendance of this witness is required as it is the court's understanding that the Corcoran facility does not have video conferencing capability.