UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMY LEE BILLS,<br><br>    Petitioner,<br><br>    vs.<br><br>KEN CLARK, WARDEN,<br><br>    Respondents | Case No. CIV S 06-2223 MCE GGH  P<br>ORDER GRANTING WRIT OF HABEAS<br>CORPUS AD TESTIFICANDUM  and<br>ORDERING THE PRODUCTION OF THE<br>BODY OF **Jimmy Lee Bills, H-50665**<br>FOR EVIDENTIARY HEARING ON<br>**Date: April 18, 2012**<br>Time:  9:00 a.m.<br>Courtroom:  7<br>Judge:  Gregory G. Hollows |

IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT William Knipp, Warden or other sheriff or jailor of the Mule Creek State Prison in Ione, California, to produce the body of **Jimmy Lee Bills, inmate number H-50665**, date of birth, 10/07/1969, in his or her custody in the above mentioned institution before the United States District Court, Federal Building, United States Courthouse, 501 I Street, Department 26, Sacramento, California on **April 18, 2012** and from day to day until completion of the hearing in order that Mr. Bills may testify, or assist counsel at the hearing, and at the termination of said hearing to  return him forthwith to the above mentioned institution.

Dated:March 19, 2012

/s/ Gregory G. Hollows

Magistrate Judge Gregory G. Hollows


Bill2223.wrt1